IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Possidente  )  | | |
|           Plaintiff  ) | CV 05-1703-PHX-DGC-MEA | |
| )  ) | | |
| Joe Arpaio  ) | | |
| ) | **JUDGMENT** | |
|           Defendant(s)  ) | | |

This action having come before the Court, the issues having been considered, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that, having failed to comply with this Court's Order, Plaintiff shall take nothing and this complaint and action are hereby dismissed without prejudice.

DATED this 13 day of January 2006, at Phoenix, Arizona.

RICHARD H. WEARE
District Court Executive/Clerk of Court

By   s/Tammy Johnson
Deputy Clerk